## LATTIMER v. CRYSTAL CLEAR, INC., ET AL.

No. 235.   Decided October 9, 1967.

*Leonard P. Henderson* for appellant.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.

## NEW JERSEY CHAPTER, AMERICAN INSTITUTE OF PLANNERS, ET AL. v. NEW JERSEY STATE BOARD OF PROFESSIONAL PLANNERS ET AL.

No. 273.   Decided October 9, 1967.

*Roberts B. Owen* and *John W. Douglas* for appellants.

*Arthur J. Sills,* Attorney General of New Jersey, and *Elias Abelson,* Deputy Attorney General, for New Jersey State Board of Professional Planners, and *Adrian M. Foley, Jr.,* for Goodkind et al., appellees.

PER CURIAM.

The motions to dismiss are granted and the appeal is dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.